UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LAUREN MORRISON,

          Plaintiff,

          -against-

WILENS & BAKER, P.C. et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 10950 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: March 6, 2008
      New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Copy mailed to:*

Steven E. Rosenfeld
Law Offices of Steven E. Rosenfeld, P.C.
575 Lexington Aveunue
10th Floor
New York, NY 10022
*Counsel for Plaintiff*