UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2008

LAUREN MORRISON,

                            Plaintiff,

        -against-

WILENS & BAKER, P.C., LAWRENCE WILENS,
MICHAEL WILENS, & HOWARD BAKER,

                            Defendants.

Case No. 07 CV 10950

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE**

Assigned Justice:
J. Pauley

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
attorneys for the parties in the above entitled action, that whereas no party hereto is an infant or
incompetent person for whom a committee has been appointed, and no person not a party has an
interest in the subject matter of the action, the above entitled action be, and the same hereby is
discontinued, with prejudice, without costs and disbursements to either party as against the other.
This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        March 5, 2008

Steven E. Rosenfeld, Esq.
**Attorneys for Plaintiffs**
Law Offices of Steven E. Rosenfeld, PC
575 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 953-1600

Richard Godosky, Esq.
GODOSKY & GENTILE, PC
**Attorneys for Defendant**
61 Broadway, Suite 2010
New York, New York 10006
(212) 742-9700

SO ORDERED.

WILLIAM H. PAULEY III U.S.D.J.

4/1/2008